VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY



| | |
|---|---|
| (Melvin-C :Lewis©), a non corporate man,  in pro per | |
| Counter Plaintiff/ Libellant | INDEX No. 5:11-cv-324-oc- (KRS) WTH |
| v. | |
| THE UNITED STATES OF AMERICA; | |
| THE INTERNAL REVENUE SERVICE , | |
| THE STATE OF NEW YORK, | PETITION FOR SUMMARY RULING; RULE 60 |
| THE STATE OF FLORIDA | FOR FAILURE TO STATE A CLAIM  AND |
| | ENFORCEMENT OF COUNTER CLAIM |
| COUNTER DEFENDANT/ LIBELLEE | |

FILED

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA
2011 SEP 26  AM 11: 43

PETITION FOR SUMMARY RULING;  RULE 60 and 12(b)(6)

Counter Plaintiff herein respectfully requests his entitled injunctive relief from defendant's fraud, false and unsubstantiated claims, bootleg substitute returns, assessments, notices of deficiencies, purported liens and levies and for this court's enforcement of the defendant's admitted, agreed and stipulated Tort Claim Lien / consensual, matured UCC 1 Lien within the Commercial Chamber; LIEN DEBTORS have failed to state a claim upon which relief can be granted.

### LACK OF JURISDICTION

1. Counter Plaintiff  Conditionally Accepted For Value any and all joint and several U.S. defendant's claims, allegations and presumptions that he was or is: a U.S. Corporation entity, a U.S.[C]itizen, a U.S. Gov't fourteenth amendment statutory  U.S. Government [C]itizen, a legal person, a person, a public officer, a U.S. Gov't employee, a DISTRICT OF COLUMBIA [C]itizen,  a ward of the STATE, Non Compos Mentis, a debtor, a resident, a creation of the U.S. commercial and corporate Gov't, a surety for the U.S. bankruptcies; yet LIEN DEBTORS WENT SILEN and refused to respond nor rebut all facts, constituting "agreement and Stipulation" of injuries and confession to the liability

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY
for consensual matured damages and as per UCC 1 v. USA, et. al., commercial lien

2. COUNTER DEFENDANT via acquiescence and default, became the Debtor of Lien Claimant/
Counter Plaintiff and also became lawfully estopped at any defense thereinafter

2. COUNTER DEFENDANT; refused to prove their claims that the U.S. / I. R. S. had/has specific
authority by a nonexistent implementation regulation upon which they function and operate;
Collective defendants have failed to respond, refused to provide proof of any and all claims; and
have stipulated via agreement of the parties that counter defendants knowingly failed to state a
claim upon which relief can be granted 12(b)(6)

CAUSES FOR DISMISSAL OF DEFENDANT'S "ANSWER" AND "MOTION TO DISMISS"

3. DEFENDANTS are not entitled to relief because they broke the laws.

4. DEFENDANTS must not be be allowed to violate the same commercial process used by them to
take Sovereign American's Private [and Exempt from lien nor levy] Property; however Lien
Claimant's Lien was via sworn affidavit that were unrebutted; as "in Commerce an unrebutted
Affidavit stands as the judgment"        and the other maxim in law: "In Commerce and
unrebutted affidavit stands as the Truth"

5. Lawful 'Agreement and Stipulation' of the Parties has been established in the true, correct,
certain and complete public and private records

6. DEFFENDANTS are barred from answering, submitting discovery and evidence and from seeking
relief due to their recalcitrance and failures to respond to Counter Plaintiff's years of non
response and failures to prove their allegations and claims of a priority claim by direct ignorance
of LIEN CLAIMANTS years of Conditional Acceptance For Value requests in the nature of counter
defendant's proof of claim and repeatedly went silent and failed to respond and rebut point for

2

Petition for Summary Ruling; Rule 60 for Failure to State a Claim and Enforcement of Counter Claim

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

point by sworn statements under penalty of perjury; to the publicly and privately established years of LIEN CLAIMANT'S CAFV DEPOSITIONS, DECLARATIONS AND AFFIDAVITS SEEKING CONTRARY EVIDENCE AND DISCOVERY TO SUPPORT LIEN DEBTOR'S UNSUBSTANTIATED CLAIMS OVER AND UPON Sovereign, non corporate, in Propria personam sojourn and Secured Party (Melvin-C :Lewis©)

7. THAT COUNTER PLAINTIFF HAS DEMANDED JUDICIAL OFFICER KARLA R SPAULDING  RECUSE HERSELF DUE TO HER BIAS, CONFLICTS OF INTEREST, FRAUD & FALSE CLAIMS, FOR ACTING WITHOUT JURISDICTION NOR AUTHORIZATION NOR CONSENT OF THE PARTIES;

8. THIS OFFICER OF THE COURT ACTED FELONIOUSLY UPON AND VIOLATED COUNTER PLAINTIFF'S I THROUGH XI TH CONSTITUTIONAL AMENDMENT RIGHTS AS OUTLINED IN THE VARIOUS FELONY COMPLAINTS FILED WITH THE U.S. ATTORNEY OF OCALA, OF TAMPA AND ALSO MAILED TO THE US ATTORNEY GENERAL ERIC HOLDER IN THE DISTRICT OF COLUMBIA; YET DEFENDANTS WENT SILENT AND FAILED TO RESPOND TO THESE FELONY COMPLAINTS ATTACHED TO THE WRITS OF

ERROR CORAM NON JUDICE FOR FAILURE TO STATE A CLAIM VIA FRCP RULE 60

9. THAT Defendants' unlawful, unfounded and unsubstantiated  claims via bootleg notices of letters fake substitute returns, bootleg assessments, notices of deficiencies, "Notice(s) of Lien" form 668 (Y)(C) and "levy"; all void of the proper I.R.S. and their I.R.M. laws,  statutes,  codes, regulations and required authorization from the Secretary, deliberately averting clearly defined procedures consisting of knowledgeable and required consent from Plaintiff, their required sworn affidavits under penalty of perjury, and the required "warrants of distraint" accompanied by signed certified judicial orders from a competent court with judicial seals (and not seals of the clerks);

10. Counter DEFENDANTS have admitted they colluded, conspired and fraudulently did  so in clear violation of not just defendant's own codes and statutes and the foundational Legal Maxims in Law: 1) no claim without jurisdiction and 2)If a party (then, plaintiff) does not prove his/its case,

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

the (then, defendant) is resolved;

11. Yet defendants THE FOREIGN U.S. AND ITS TREASURY DEPT. AND THE INTERNAL REVENUE SERVICE, IN CONCERT AND COLUSSION WITH THE U.S. DOT FINANCIAL MANAGEMENT SERVICE AND WITH THE STATE OF FLORIDA AND OF NEW YORK ( AS A "DEBT COLLECTOR") IN CLEAR VIOLATION OF THE FDCPA, THE FCRA, AND TILA; [AS DEBT COLLECTORS] having failed to follow proper lawful procedures; including but not limited to timely validating said "allegations of debt" and to cease all collection activity during said validation process; yet defendants collectively, joint and severally knowingly continue to extort monthly private and exempt from levy funds (exempt from levy) from Counter Plaintiff under the guise, "illusion" and "appearance" of a lawfully stated claim

12. THAT collective defendants have failed to show it has or ever had lawful subject matter jurisdiction nor that it held/ holds the superior priority claim nor secured rights, titles or priority lien interests, while knowing in fact that Plaintiff does in fact, hold that superior claim within the commercial chamber; as evidenced by his UCC-1 financing statement filings and amendments in the records; defendants have failed to state a claim upon which relief can be granted 12(b)(6)

13. THAT Counter Defendants have Lacked and still Lack Standing via collective admissions of their failures to prove up all required essential elements and /or facts sufficient to state a cause of action

14. THAT by the defendant's failure to respond, provide requested Discovery and Evidence to show proof of any and all claims; they collectively went silent and stipulated and acquiesced to full acceptance and agreement to the Plaintiff's Private International Matured Tort Claim Consensual Lien for Damages against THE U.S., THE I. R. S. and (separate and distinct ) joint and several vessels and instrumentalities enumerated therein and herein –duly filed within the

COMMERCIAL CHAMBER AND WITH THE FOREIGN CORPORATE FEDERAL UNITED STATES and its Risk Management Insurance Division in WASHINGTON, DISTRICT OF COLUMBIA, on March 24, 2010 A.D. via USPS REGISTERED RRR MAIL TRACKING No. RB918274486US - served on March 29,

4

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

2010 A.D.; with all supporting depositions, affidavits, declarations inclusive of: [The Tort Claim Cover Page, The Tort Claim Notice of Full Disclosure, The Affidavit in Support of Tort Claim, The Affidavit of Negative Averment in Support of Tort Claim, The Affidavit and Declaration in Support of Claim of Lien and of Obligation, The Notice of Private International Tort Claim for Damages, The Assessment of Admitted Damages (sum certain $10,530,000,000.00 USD, gold or silver), The First Invoice/ Billing Ledger Statement, The true and correct copy of Plaintiff' UCC-1 Financing Statement and the other non responses to all pre tort depositions, affidavits, and declarations attached supporting discovery and evidence and exhibits; yet defendants went silent and refused to respond, rebut, provide proof of claims;

15. THAT all parties are in full acceptance and agreement of all facts in favor of (Melvin-C :Lewis©) as true, correct, (not meant to mislead), certain and complete in both public and private records

16. Whereas and due to their default and dishonor; the "agreement of the parties"; of which the governing law of said private contracts is The Law Merchant, *[THE UNIFORM COMMERCIAL CODE]* and supported by all appropriate and applicable maxims in law; arising out of collective joint and several U.S. foreign vessels and instrumentalities; defendant's confessed injuries, frauds, treason, perjuries, conspiracies, commissions, offenses, deprivations and violations of Lien Claimant's Constitutional and Commercial Rights perpetrated against this natural man, In Itenere, Sovereign plaintiff in Propria Personam Sojourn, his Sovereign and Supreme Rights, titles and priority secured lien interests as Private Properties and property rights also those of his families: under color, cover, illusion and appearance of law *(18 U.S.C. Sect 241 and 18 U.S.C Sect 242);* including but not limited to said admitted Counter Claim Monetary damages has been established

17. THAT defendants have failed to respond and provide the Conditionally Accepted For Value (CAFV) private contracts entitled 1) Notice of Tort Claim (with supporting depositions, affidavits and declarations with evidence attached), 2) "Affidavit of Notice of Default and Opportunity to Cure and Contest acceptance and Agreement of Injury, Liability, and Damages" with attached Second Invoice/ Billing Ledgering Statement; CAFV additional requests for further discovery and

5

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

evidence of their monetary claim against Libellant, sent on May 5, 2010 A.D. via USPS Certified RRR

18. Tracking Mail #: 70092250000180518316 (notary public officer) and No. 70092250000180518323 (Secured Party/ plaintiff) both served on May 10, 2010 A.D.; yet defendants went and refused to prove up all necessary elements of subject matter jurisdiction, their proof of claim; thereby failing to prove up the required elements of subject matter jurisdiction and thereby all defendants vessels and instrumentalities of the U.S., I.R.S., The States of NEW YORK AND OF FLORIDA, and 3) The Notary Officers' Formal "Affidavit of Certificate of Dishonor" in support of claimant's Tort Claim ; thereby admittedly lacking standing and again failing to state a claim upon which relief can be granted 12(b)(6)

19. Whereas and due to defendant's failure and refusal to respond and prove their claims were sent a copy of The Notary Public Officer's Formal "Certificate of Dishonor / Non Response" in Support of Tort Claim in favor of Melvin-C :Lewis sent via USPS Certified Mail No. 70091680000236806404

20. THE Perfected and Matured Consensual Commercial Lien "due and owing" remains as such

21. This exhausted and concluded Sovereign, In Itenere, Secured party Creditor, Counter Plaintiff /Libellant's exclusive private administrative remedy process; thereby all parties are in full agreement of the Default Judgment/ Nihil Dicit against the Corporate Charter of THE UNITED SATES OF AMERICA, INC and all of its vessel and instrumentality subsidiary and subdivision's sub charters AKA defendants listed thereon and herein

22. Plaintiff is thereby entitled to not just injunctive relief from all fraudulent and unsubstantiated liens and levies, but is entitled to the enforcement of compensation for the admitted injuries and confessed and stipulated damages Sum Certain $10, 530,000,000.00 (Ten Billion Five Hundred Thirty Million in UDS, in specie, gold –silver or money on account {credit}; still unpaid yet: still lawfully "due and owing"

23. THAT Defendants have fully stipulated to their inability to show nor prove any superior or priority claim interest over and above herein Counter Plaintiff, Tort Lien Claimant, Secured Party

6

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

Principal Creditor, whatsoever; yet via its abuse of (aiding and abetting SOCIAL SECURITY), the USPS mail (injurious and fraudulent cargo) and admitted fraudulent and treasonous acts of the U.S. , its Department of Justice, its U.S. Treasury Dept Financial Management Service, THE I. R. S., THE U.S. AND INCORPORATED STATES OF FLORIDA AND OF NEW YORK, and their respective (clerks offices) who knowingly committed/ and monthly commits criminal conversion of private and exempt from lien and levy property and thereby confessed to their collusion and extortion of Plaintiff's private property (in defiance of their own contrary and artfully concealed irrefutable facts that no such 'debt' is due; in favor of (Melvin-C :Lewis)); within their own records and in knowing, deliberate, willful and malicious violations of their oaths of offices to uphold and defend Sovereign Americans of the (original and organic ) Constitution of the Dejure Republic for the united States of America and blatantly breaches and violates: THE FAIR DEBT COLLECTION PRACTICE ACT, THE TRUTH IN LENDING ACT AND THE FAIR CREDIT REPORTING ACT; as 'debt collectors' are sworn to be mandatorily and contractually bound to obey and uphold

24. Whereas said unsubstantiated and unlawful foreign money judgments, confessed bootleg: assessments, liens, levies and plaintiff's entitlement and just demand for injunctive relief is applicable and appropriate; thereby Defendants again have failed to state a claim upon which relief can be granted; and the alleged unfounded Notice of lien and levies were ( as per "the agreement of the parties" ) obtained by fraud, constitutional impermissible applications of

statutes, conspiratorial acts, including but not limited to extortion, continuing financial crimes, unlawful seizures, obstruction of justice, and other prime facie evidence of violations and deprivations of Plaintiff's rights titles and superior claims and interests as per TITLE 18 U.S.C and otherwise appropriate and applicable

DEFENFANT'S DEFAULT AND DISHONOR

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

25. THAT the Counter Defendant and its U.S. vessels and their injurious cargo (fraudulent bootleg notices, assessments, liens and levies) papers upon and against (Melvin-C :Lewis©) emanating from the INCORPORATED UNITED STATES OF AMERICA, INC, THE U.S. /DISTRICT OF COLUMBIA,

herein identified (including but not limited to) as foreign fictitious entities Commercially Incorporated (under the control and authority of the U.S. /DISTRICT OF COLUMBIA, THE INTERNAL REVENUE SERVICE, INC., ] AND ITS FOREIGN I.R.S. AGENTS: ME KRCHA, WILLIAM J WILKINSON, J RUSSELL GEORGE- INSPECTOR GENERAL TIGTA "DEBRA K HURST" (RA MITCHELL) OF I.R.S. KANSAS CITY, MO 64121 and  MS GREEN, JOYCE MARTO, THE U.S. TREASURY DEPARTMENT)and its 1) ITS FINANCIAL MANAGEMENT SERVICE, 2) ITS STATE OF NEW YORK, INC. 3) ITS NEW YORK SUFFLOK COUNTY CLERK JUDITH PASCALE, RIVERHEAD, NY VIA SEPARATE TORT CLAIM (VIA USPS REGISTERED RRR MAIL No. RB918274472US) CONSENSUAL COMMERCIAL LIEN SUM CERTAIN *$6,450,000,000.00 (SIX BILLION FOUR HUNDRED FIFTY MILLION USD* AND, 3) ITS STATE OF FLORIDA, LAKE COUNTY CLERK NIEL KELLY; TAVARES, FL TORT CLAIM (VIA USPS REGISTERED RRR MAIL NO. RB918274490US) CONSENSUAL COMMERCIAL LIEN SUM CERTAIN *$6,450,000,000.00 (SIX BILLION FOUR HUNDRED FIFTY MILLION) USD; BOTH... FOR CRIMINALLY AIDING AND ABETTING THE FOREIGN URSURPATION OF POWERS AND AUTHORITY NOT GRANTED NOR DELEGATED*; IN TREASONOUS VIOLATION OF CLAIMANT'S I, IV, V, VI, VIII, IX, X and XI AMENDMENT RIGHTS  VIA ADMITTED AND CONFESSED UNLAWFUL COMMERCIAL AND CORPORATE OPERATIONS OF THE INTERNAL REVENUE SERVICE/ DEPARTMENT OF THE U.S. TREASURY DEPARTMENT;  OUSIDE OF THEIR CLEARLY DEFINED AREAS AND TERRITORIES

26. WHEREAS and due to the defendant's refusals and failures to respond and prove their claims; were then sent the private contract(s) entitled "AFFIDAVIT OF NOTICE OF DEFAULT AND OPPORTUNITY TO CURE AND CONTEST ACCEPTANCE AND AGREEMENT OF INJURY, LIABILITY AND DAMAGES": 1) via USPS Certified RRR Mail Tracking No. 70091680000236740487 (via Notary Officer) on August 9, 2010 A.D. to I.R.S. Kansas City, MO 64121 c/o (TIGTA IN WASHINGTON, DISTRICT OF COLUMBIA); served on August 13, 2010 A.D.; yet no response, 2) via USPS Certified RRR Mail Tracking No. 70091680000236740494 (Tort Lien Claimant); also served on August 13, 2010 A.D.; yet no response, and 3) via USPS Certified RRR Mail Tracking No. 70091680000236740500 (Notary Officer) served August 12, 2010 A.D. (same as above); yet no response, and 4) via USPS Certified RRR Mail Tracking No. 70091680000236740517 (Kansas City,

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY


MO 64121); served August 12, 2010 A.D.; yet no response

27. The Notarial Formal Affidavit of Certificate of Dishonor/ Non Response was then sent to defendants via USPS Certified Mail Tracking No. 70091680000236748728


FRAUDULENT NOTICES OF: ASSESSMENTS, DEFICIENCIES, LIENS AND LEVIES


28. THAT Counter Defendants; and in criminal concert; operating "outside of its limited and clearly defined bordered 10 MILE SQUARE areas") and is/ are in fact *(operating void of constitutional law and therefore outside of the original Dejure Constitutional Republic United States of America; yet only applicable within the incorporated legal and fictitious 'UNITED STATES' as in Title 28 3002 (15)(A)(B)(C))* AND THE DISTRICT OF COLUMBIA - without /outside of defendant's and its U.S. vessels' jurisdictional and territorial boundaries

29. THAT defendants and their U.S. vessels and instrumentalities have admittedly caused the direct injuries; to wit- physical, mental, psychological, emotional, financial, family and spiritual and via threat, duress, coercion, stress, anxiety, humiliation, slander and libel and confessed violations and deprivations of Lien Claimant's life, liberty, property and the pursuit of happiness and confessed deprivations of peace, peace of mind and overall good health via    their    collective "unclean hands", their "bad faith actions" and their "failures to  act with truth and fairness" and refusals to obey, uphold and defend the Constitution for the United States of America

30. Plaintiff specifically requested verified copies of the alleged liens from a required lawful court / judgment/ orders accompanied by required "judicial seal" and "signatures"; yet defendants went silent and refused to validate and failed to substantiate their claims of an alleged debt

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

*31.* Whereas Plaintiff also stated claims for relief and Counter Claims from unrebutted nor challenged Tort Claims against THE STATE OF NEW YORK and THE STATE OF FLORIDA CLERK(S) OF COURTS, VIA THIER CONTINUING FINANCIAL CRIMES, PERJURY, VIOLATIONS OF THEIR OATHS OF OFFICES,

THEIR COMMERCIAL ENTERPRISE AND COMMERCIAL AND CORPORATE OPERATION UNDER COLOR OF LAW, ILLEGAL  AND UNLAWFUL SEIZURES, ADMITTED FELONY AND CRIMINAL TRESPASS, AND STIPULATED CRIMINAL CONVERSION OF PLAINTIFF'S PRIVATE PROPERTY WITHOUT DELEGATED AUTHORITY, WITHOUT CONSENT, AND IN FLAGRANT VIOLATION OF THE PUBLIC TRUST AND INTEGRITY

*32.* THAT the COLLECTIVE, JOINT AND SEVERAL Counter Defendants have repeatedly refused to respond to and rebut all facts and matters expressed and enumerated; nor provide the requested proof of claims and knowingly failed respond and rebut Plaintiff's status and standing as Sovereign a natural man, a Free Man, Sovereign, Sui Juris, not a corporate statutory DISTRICT OF

COLUMBIA CITIZEN, not a U.S. Citizen, not a ward of the STATE, not a 'resident', not NON COMPOS MENTIS, not lawfully handicapped, not a U.S. Gov't  employee, not a 'person', not a resident, not a U.S. [C]itizen, not a foreign agent, not a 'legal person', not a corporation under the defendant (U.S. Corporation), not a foreign citizen of THE DISTRICT OF COLUMBIA,  not a debtor, not a public official, not a statutory fourteenth amendment citizen, not a U.S. [C]itizen,  not subject to the statutes and codes unlawfully imposed outside of the DISTRICT OF COLUMBIA, not a surety to the U.S. Bankruptcies, not within the U.S., its "territories" and its vessels acting as and misrepresenting themselves as lawful, dejure and Constitutional officials of the organic dejure constitutional unincorporated Republic of united States of America; *.... As per the ACT OF 1871; the Conspiratorial Congressional Unauthorized creation of "the government for the DISTRICT OF COLUMBIA" Incorporated and named it the "UNITED STATES" [OF AMERICA]" (Incorporated)*

33. THAT defendant and its U. S. vessels refused and failed to respond and rebut point for point and via sworn statement under pains and penalty of perjury; and thereby fully agreeing and accepting the facts that plaintiff is not, was not, and has at no time agreed to request or accept

Petition for Summary Ruling; Rule 60  for Failure to State a Claim and Enforcement  of Counter Claim

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

any unrevealed benefits and privileges from defendant by words, action, inaction or signature; especially by all adhesion contracts where endorsements were unlawfully obtained by admitted and confessed contract fraud(s) {by Scienter, by Device and Factum} and also under threat, duress, and coercion at the hands of State, City, County and Municipality subsidiaries and like defacto and bankrupt subdivisions therefrom all involved U.S. vessels and instrumentalities enumerated herein

**34.** Whereas are in full agreement that "statutes employing the word 'person' are ordinarily construed to exclude the sovereign." *56 L. Ed. 2d 895*

35. THAT the defendant and its vessels, have themselves  fully agreed and stipulated that Plaintiff was and is still a victim of identity theft, via "compelled association", and "conversion" by the U.S. bankrupt and Defacto government and its vessel agents' [past and present] unlawful and involuntary associating (criminal trespass and criminal conversion) him with knowingly false and fraudulent identifying numbers *in criminal violation of 18 U.S.C s 1028 (a)(7), 1028A and civil violation of 42 U.S.C. s 408(a)(7) and 42 U.S.C. s 405(c)(2)(C)(i); and also in violation 18 U.S.C. s 654;* yet did so knowingly, willfully and deliberately for profit  [in order to unlawfully and unconstitutionally place plaintiff in a statutory, commercial and corporate fictional entity – classification to knowingly enslave plaintiff into lifelong "Slavery and Involuntary Servitude; *[PEONAGE- in direct violation of the thirteenth amendment and 42 U.S.C Sect 1994; and 18 U.S.C. Sect 1581]* constituting willfully acting in concert - operating outside of their clearly defined areas and under their exclusive private international law (and)/of the DISTRICT OF COLUMBIA CORPORATE and FEDERAL COMMERCIAL UNITED STATES OF AMERICA]; bankrupt in their affairs and as a de facto capacity status corporation and In violations of their Treaties, contracts and agreements in its dealings, quasi commercial contracts, agreements and relations with Sovereign plaintiff and his (like) families who are also supreme and outside and without the U.S. District of

Columbia -corporate and commercial control and authority operating solely under private international (color of) law; presumptive law; void of constitutional common law (law of the land)

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

37. THAT plaintiff has at no time ever requested nor knowingly, willfully nor voluntarily accepted any benefits nor privileges from defendant; as plaintiff may not use or possess any government identifying number (constituting "compelled association" and "criminal conversion"); because it is "public property" which belongs to the Foreign U.S. Corporation under the guise of "a

government" and pursuant to *20 CFR s 422.103(d);* Only "Public Officers" on official business may use public property ......."and not (them as) private individuals"

38. THAT defendant has conceded to the fact that "no one is bound to obey an unconstitutional law......and no courts are bound to enforce it." *16 Am Jur 2d 177 and* that *"an offense created by an unconstitutional law is not a crime. A conviction under it is not merely erroneous, but it is illegal and void and cannot be a legal cause for conversion and may be discharged ...*and that *"No legislative act contrary to the Constitution can be valid." A. Hamilton, federalist Papers # 78*

39. THAT the Sovereign plaintiff doesn't need and didn't receive permission from the government, hence he has no duty to the government (or its vessels); as per: *Hale v. Henkel, 201 U.S. 43 (1905);* where the Sovereign plaintiff; Including but not limited to; *"…. owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property". "His Rights…. existed by the law of the land [common law] long antecedent to the organization of the State."; "He is entitled to carry on his private business in his own way."; "His power to contract is unlimited."; "The individual may stand upon his Constitutional Rights." ; "And [His Rights] can only be taken from him by due process of law and in accordance with the Constitution."*

40. THAT U.S. Supreme Court Justice Holmes explained: *"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends" Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 51 L. End. 834 (1907)*

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

41. THAT *"Where rights secured by the [organic 1791] Constitution are involved, there can be no rule-making or legislation which would abrogate them"; U.S. Supreme Court in Miranda v. Arizona 380 U.S. 436 (1966) and "The claim and exercise of a Constitutional right cannot be converted into a crime." Miller v. US, 230 F 486   at 489*

42. *"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional rights." Shear v. Cullen 481 F. 946*

43. THAT *"The state cannot diminish the rights of the people." Hurtado v. California 110 US 516*

44. THAT *defendant and its vessels* fully accept and agree that defendants (state legislature) can only control what they 'create' and plaintiff has repeatedly rebutted any such notion that he was created by the defendant, 'state', government, I.R.S. nor its U.S. vessels; as defendants did in fact create the fictitious corporate entity "DEBTOR"/ AKA Strawman of the plaintiff in his likeness via identity theft; but with all capital letters and without the expressed written consent of plaintiff (Melvin-C :Lewis©'s) dejure lawful  pro per name {comprised of upper and lower case letters);   *thereby constituting "compelled association" and "criminal conversion" by defendant/libellee government and its vessels by unlawfully and involuntarily associating him [ as a taxpayer] with knowingly false and fraudulent identifying numbers; in criminal violation of 18 U.S.C. Sect 1028(a)(7); 18 U.S.C Sect 1028A; and civil violation of 42 U.S.C. Sect 408(a)(7) and 42 U.S.C. Sect 405(c)(2)9C)(i).* In fact plaintiff was birthed through his mother's (also sovereign) womb by live actual birth; it is she who biologically created plaintiff as Sovereign Political Power Holder Parents themselves – " *...having none to govern but themselves, citizens of America are equal as fellow citizens and as joint tenants in their sovereignty and as Sovereigns without subjects"... " Chisholm v. Georgia (February Term, 1793) 2 U.S. 419, 2 Dall. 419, 1 L.Ed 440*

45. THAT the defendant against and upon plaintiff and his families; to their direct detriment and by defendant's admitted injuries under *"conversion" under 8 U.S.C. s 1401;* by criminally forcing

Petition for Summary Ruling; Rule 60  for Failure to State a Claim and Enforcement  of Counter Claim

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

plaintiff to associate with or be identified as a "U.S. Person"... with a fraudulent identifying number; and thereby knowingly, deliberately and by its confessions to *committing "Perjury" in violation of 18 U.S.C. Sect 1621 and also directly causing 'Subornation of Perjury'; also in clear violation of 18 U.S.C. Sect 1622 and 1623*

46. THAT the defendant through its vessel's and instrumentalities admitted to their collective "Breaches of their Contractual Obligations and Mandatory Duties and Oaths of Offices, constituting knowing, consensual, conspiratorial, *treason and criminal acts 18 U.S.C. Sect 2381;*

and have collectively and joint and severally stipulated and fully accepted their being lawfully barred by; collateral estoppel in pais, and by laches ....... from any defense in these matters whatsoever; plaintiff herein with honor; objects to any such defendant's efforts to 'answer', 'to claim "immunity"; as per their "commercial activity" (Clearfield Doctrine, etc...) and wherein The U.S. Federal government has no legislative power outside of its territories

47. THAT the collective defendants by and through the unsubstantiated claims have failed to state a claim 12(b)(6); by and though 1) plaintiff's Sovereign -unrebutted status and standing; to wit proven injuries, causality and redressability, and stating a valid counterclaim, 2) defendant's unlawful operations outside of the US DISTRICT OF COLUMBIA TERRITORY, 3)defendant's failure to provide the requested CAFV Discovery and Evidence of any valid Proof of Claims that defendants and their vessels have ever had "original" or "subject matter jurisdiction" over,

against and upon plaintiff, his Sovereignty, his organic and original inalienable right to "self govern" and manage his private affairs, 4) their collective failure to substantiate their stated claims nor provide and prove up all essential elements and/or facts sufficient to constitute a cause of action, 5) its admitted violations via the FDCPA, FCRA, and TILA provisions, statutes and codes; *thereby in criminal collusion with the Credit Reporting Agencies to slander and libel plaintiff, to derogatorily and publicly ridicule and embarrass him while destroying his ability to function and care for himself and his families (specifically prevented him from buying a house;* whereby plaintiff had Conditionally Accepted For Value and then lawfully disputed: all defendants false commercial claims of a valid contract and all alleged "debt" owed by the illusion of said false "charges" and *{via 15 U.S.C. 1692 G}* imposed; as defendants are operating commercially and

**14**

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

unlawfully; as lawful Common law in America has been clandestinely masked, covered for over 100 years; yet collective defendants have and continue to refuse to provide plaintiff with the CAFV requested Discovery and Evidence (to the contrary or otherwise) and to substantiate and prove up the essential elements of their alleged (and yet unsubstantiated standing, to wit: having not been injured, have failed to show plaintiff directly caused (causation) any injury and having proven no cause for remedy: redressability, in a manner such that the evidence (or lack thereof due to their acquiescence (equals 'agreement')) attempted  used is admissible and able to be viewed by a competent court; *thereby failing to state a claim under 12 (b)(6) or under Rule 12 (h) and agreeing they are forever barred from any defense*

47. THAT once jurisdiction is challenged it must be proven; LIEN DEBTORS FAILED TO DO SO

48. THAT Plaintiff has clearly and definitively clearly states his lawful claim for relief from defendant's criminal acts of extortion monthly without having a lawful priority lien or secured interest claim, right , title, nor interest  against Plaintiff or his private properties; and herein is entitled to relief from the unlawful liens and levies and also the enforcement of the prime facie **$23,430,000,000.00** Tort Claim consensual commercial lien against defendants via their full agreement, acquiescence and stipulations as true, correct, certain and complete in the established public and private records

49. *Whereas according to the Clearfield Doctrine; governments descend to the level of private individuals when they operate commercially; and waive any alleged immunity from claims for monetary damages*

50. Whereas the collective defendants have also fully agreed with and stipulated  by their knowledgeable consent (acquiescence), that the plaintiff has completed, concluded and Exhausted his Exclusive Private Administrative Remedy (Processes) and via officers of the court (Notary Public(s)) having found in favor of  plaintiff; (default judgment) therefore it has been already determined *(Res Judicata)* plaintiff has no such liability to said "charges" as there is [ although recalcitrant] continued and further defendant's Acquiescence to its failure(s) to state a claim

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

52. Whereas the defendant and it vessels have fully agreed, accepted and confessed to their Constitutional Impermissible Applications of Statutes by and through the Violations of plaintiff's inalienable and enumerated Constitutional rights and properties endowed by his Creator (including but not limited to those guaranteed by the Bill of Rights and of the Declaration of Independence of the dejure and organic (1791) Constitution for the united States of America;

including but not limited to Life, Liberty, Property, Privacy and the pursuit of happiness; unencumbered by unlawful and invasive U.S. Government domination, seizures, oppression or hegemony

53. Whereas the defendants, of, by and through its vessels representing the defendant have left the battlefield and lost by default and thereby have collectively accepted and agreed they have failed to state a claim upon which relief can be granted and that defendant's criminal conversion and extortion is solely an illusion of a claim (or "charges") and is knowingly, deliberately, wrongfully, maliciously and recalcitrantly being unlawfully maintained against and upon plaintiff to his detriment and injury, by threat of force, duress and coercion and cannot now be permitted to submit evidence via its unclean hands, frauds, conspiracies, non disclosures, artful concealments and violations of the law(s) that they are contractually bound to uphold, obey and defend; yet knowingly failed to do so

54. THAT a travesty and miscarriage of justice will ensue if (as stipulated and agreed) barred defendants are now allowed to respond, produce evidence; given an unlawful forum to seek relief (where knowingly, deliberately and intentionally) failed and refused prior; and this injured and disadvantaged Plaintiff herein requests entitled relief, the admitted damages sum certain and all additional sanctions, penalties and any other just consideration or awards and fees against defendants in favor of plaintiff by whatever this UNITED STATES DISTRICT COURT OF MIDDLE FLORIDA deems just, necessary, proper, fair, applicable and appropriate.

**Whereas** there are no controversies requiring judicial refereeing;

16

Petition for Summary Ruling; Rule 60 for Failure to State a Claim and Enforcement of Counter Claim

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

**Whereas** there are no triable issues of fact requiring case management nor pretrial discovery; as these facts and matters are Res Judicata in the established public and private records as true, correct, certain and complete

**Counter Plaintiff herein respectfully requests a summary ruling in favor of Counter Plaintiff** In the Admiralty, ruling in these above captioned matters

*Whereas* no court or judge can invalidate the commercial process; the same that this court *itself* functions within and under

/

/

**Whereas** the use of a Notary on this Plaintiff's request for relief and Counterclaim Monetary damages; does not constitute any adhesion to or contract with foreign Defacto government or for entrance into any foreign jurisdiction nor alter the Status of the Sovereign Secured Party via reservation of all Rights; the purpose of the Notary Officer is for verification and acknowledgement only of the signer and for no other purpose

# AFFIRMATION

FLORIDA STATE               )

                            )ss:

COUNTY LAKE                 )

17

Petition for Summary Ruling; Rule 60  for Failure to State a Claim and Enforcement  of Counter Claim

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

That I, (Melvin-C :Lewis©), Sovereign, Suis Juris as plaintiff, by special appearance in Pro Per; a living breathing flesh and blood sentient man, first being duly sworn, depose and says by signature, under pains and penalty of perjury, that plaintiff is competent to state the matters herein; has knowledge of the facts herein and declares all statements to be true, correct and certain to the best of knowledge and belief;

Without Prejudice, All rights Reserved,

In Propria Personam Sojourn

(Melvin-C :Lewis), Affiant, counter plaintiff, Tort Lien Claimant, Secured Party Creditor

ACKNOWLEDGEMENT

Sworn and Subscribed as a Notary Public for Lake County Florida, I certify that before me this 22nd day of September, 2011 A.D., (Melvin-C :Lewis©), whom known to me to be the same, executed the foregoing instrument. Witness My Hand and Seal;

_____ (seal)
Notary Public

Petition for Summary Ruling; Rule 60 for Failure to State a Claim and Enforcement of Counter Claim

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

IN THE FLORIDA MIDDLE DISTRICT COURT OF THE UNITED STATES, IN THE ADMIRALTY

Address for plaintiff:

(Melvin-C :Lewis©)
c/o PO Box 136715
Clermont, Florida; near [34713]
non domestic without the U.S.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

ADDRESSES OF DEFENDANTS

1) THE UNITED STATES OF AMERICA, INC
   MR. ERIC HOLDER;
   U.S. ATTORNEY GENERAL
   950 PENSYLVANIA AVENUE NW
   WASHINGTON, DISTRUCT OF COLUMBIA, 20530

2) THE UNITED STATES OF AMERICA, INC
   U.S ATTORNEY OF/ FOR OCALA FL
   35 S.E. 1ST AVE #300 OCALA, FL 34475

3) THE STATE OF FLORIDA
   ITS ATTORNEY GENERAL- PAM BONDI
   THE CAPITOL PL-01
   TALLAHASSEE, FL 32399

4) THE STATE OF NEW YORK
   THE CAPITOL,
   ALBANY, NY 11212

Petition for Summary Ruling; Rule 60 for Failure to State a Claim and Enforcement of Counter Claim

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELVIN LEWIS, *wrong Plaintiff*

Plaintiff,                                    *Melvin C. Lewis Real Party of Interest*

v.                                            Civil No. 5:11-cv-324

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,
STATE OF FLORIDA,
STATE OF NEW YORK,

Defendants.

## UNITED STATES OF AMERICA'S RESPONSE TO PLAINTIFF'S
## MOTION TO STRIKE DEFENDANT'S ANSWER

The United States of America respectfully requests that this Court deny plaintiff's motion

to strike defendant's answer. Although the United States has not filed an answer in this case, it

has filed a motion to dismiss Lewis's complaint for lack of subject matter jurisdiction and failure

to state a claim. [DE#12] To the extent that this motion filed by Lewis requests that this Court

strike the United States's pending motion to dismiss, the Court should deny this motion to strike

for two reasons.

First, Lewis provides no factual grounds supporting his motion to strike. Not only does

Lewis fail to address any of the arguments offered by the United States in its motion to dismiss,

he appears to restate the frivolous allegations found in his complaint.

Second, Lewis provides no legal grounds supporting his motion to strike. Lewis fails to

state any legal authority which entitles him to the relief of striking the government's motion to

dismiss. Indeed, the Federal Rules of Civil Procedure permit the Court to "strike from a

pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous

VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214

matter." FED. R. CIV. P. 12(f).  Here, Lewis fails to identify what defenses raised by the United

States are insufficient or raise any redundant, immaterial, impertinent, or scandalous matter.

Again, Lewis merely restates the frivolous allegations found in his complaint.

For these reasons, the United States requests that this Court deny plaintiff's motion to

strike defendant's answer.

Dated: September 8, 2011                          Respectfully submitted,


                                                 John A. DiCicco
                                                 Principal Deputy Assistant Attorney General


                                                 By: /s/ Steven C. Woodliff
                                                 Steven C. Woodliff
                                                 Florida Bar Number 85593
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 Post Office Box 14198
                                                 Ben Franklin Station
                                                 Washington, D.C. 20044
                                                 Telephone: (202) 514-5915
                                                 Facsimile: (202) 514-4963
                                                 Steven.c.woodliff@usdoj.gov


                                                 Of Counsel:

                                                 Robert E. O'Neill
                                                 United States Attorney


**VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214**

# ◣JUNO Message Center

**From:** "Woodliff, Steven C. (TAX)" <Steven.C.Woodliff@usdoj.gov>

**To:** <planetary2@juno.com>

**Sent:** Mon, Sep 19, 2011 12:18 PM

**Subject:** RE: alleged case mangmt of 5:11-cv-324 USDC MDFL...

---

Mr. Lewis:

After reading your response to my email, it is unclear if you will oppose a motion to
stay the requirement to conduct a case management conference until the court rules on the
pending motions to dismiss.

Do you oppose a motion to stay the requirement to conduct a case management conference
until after the Court rules on the pending motions to dismiss?

Regards,


Steven C. Woodliff
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street, NW Suite 6230
Washington, DC 20001
Telephone: (202) 514-5915
Facsimile: (202) 514-9868



——Original Message——
From: planetary2@juno.com [mailto:planetary2@juno.com]
Sent: Thursday, September 15, 2011 1:09 PM
To: Woodliff, Steven C. (TAX)
Cc: planetary2@juno.com; freenita@juno.com; freefromddumb@me.com; legalbear@legalbears.com
; porkypinegrace@yahoo.com; sovereignspirit@lycos.com
Subject: RE: alleged case mangmt of 5:11-cv-324 USDC MDFL...

I Conditionally Accept For Value your 'response'; however there can be no
pre trial discovery because the true, correct, certain and complete
record has already been "agreed and stipulated" within the established
public and private records; and are RES JUDICATA (IN THE ADMIRALTY
JURISDICTION) and via the SUITS IN ADMIRALTY ACT, the FOREIGN SOVEREIGN
IMMUNITY ACT - FSIA), the EXTENSIONS IN ADMIRALTY ACT, the BILLS OF
LADING ACT, the PUBLIC VESSELS ACT; due to the collective joint and
several defendant's recalcitrance over years of non response and failures
to state a claim, refusals to prove up all essential elements and/ or
facts sufficient to constitute a valid cause of action, and to provide
sworn substantive and timely point for point rebuttal of the expressed
facts and matters, and the denial of CAFV requested discovery and
evidence for proof of all allegations and purported claims of prime facie
required evidence all jurisdiction(s), authorization and expressed
written consent to act upon me as a Sovereign American National; a
natural born man, a flesh and blood, living, breathing sentient man;
competent to state the facts and matters ( as the non corporate, non U.S.
"person", non 14th Amendment statutory "Citizen", the non DISTRICT OF
COLUMBIA "CITIZEN" NOR "RESIDENT", non U.S. surety for the U.S.
bankruptcies, not a debtor (as the de facto and bankrupt U.S. and its
corporate and commercials subdivision state, county and municipal [like]
co business partners; but conversely as the [forever unrebutted,
undisputed], real party of interest/ counter plaintiff ), Sovereign

**VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214 'C'**

witness to certify that any such RESPONSE was sent and received at my address/office for conclusion of the above party's private administrative remedy process.

Said RESPONSE was requested within a specific time period. No such response has yet been received. **THEREFORE;** I certify that THE U.S., THE STATE OF NEW YORK, KEVIN F LAWLOR for THE HUNTINGTON HOSPITAL, LIJ, INC, (all incorporated) U.S. VESSELS AND INSTRUMENTALITIES refused to RESPOND to the above party's private Conditional Acceptance For Value for the substantiation and Proof of Claims and failed to provide the requests for Discovery and Evidence for proof of claims made- within the time and manner stipulated and thus dishonored and defaulted and failed to Cure their (de)fault; therefore presumption is hereby made that all of the above are in full acceptance and full agreement to all matters therein as stipulated in favor of (Melvin-C :Lewis©), (for (Amber-G :Lewis©)the Sui Juris Claimant and Secured Party Creditors.

Dated this 19th day of September, 2011 A. D.

_____

Stacey Ewen, Neutral Third Party
Notary Public Officer and Second Witness

c/o 180 Dakota Ave
Groveland, FL 34736

2- CERTIFICATE OF DISHONOR/ NON RESPONSE

American and Secured Party; which the U.S, the DISTRICT OF COLUMBIA;
acting in concert with the I.R.S, the STATES OF NEW YORK AND FLORIDA as
U.S. vessels and instrumentalities are aiding and abetting in knowing,
willful, deliberate; perjury, mail fraud, conspiratorial, fraudulent,
unlawful substitute returns, forms, papers (as injurious contraband)
cargo, bootleg assessments and unlawful, non consensual unsubstantiated
monthly extortions via unproven "liens" and "levies"under color,
cover
and illusion of law. As per the matured and consensual PRIVATE
INTERNATIONAL TORT CLAIM FOR ADMITTED INJURY, LIABILITY AND DAMAGES and
duly the duly registered and accepted UCC 1 v. USA, et, al., Liens within
the COMMERCIAL CHAMBER, 'you'/ 'counter defendants' have also admitted
and confessed to being lawfully barred from any such defense or attempts
to NOW introduce discovery and evidence where having had the many
recorded opportunities; but went silent and refused and failed to do so
when asked prior, as there are in fact no controversies nor issues of
triable fact necessitating a trial because of the established consensual
"agreement of the parties" wherein 'you' have all waived those rights and
cannot now be allowed to present a defense nor answer because the
established public and private records reflect those records of that
lawful estoppel. For any court to NOW 'allow' defendants to seek relief
by their admitted and confessed frauds, conspiracies via "unclean hands",
"bad faith actions" and "failures to tell the truth...."to 'answer'
or a
attempt a 'defense'; constitutes further violations, deprivations under
color of law and further herein NOTICE of injury; including but not
limited to operating commercially upon me outside of your clearly defined
areas and territories; constituting further admitted obstruction of
justice. There can be no pre trial discovery for these reasons. I will
continue to reserve all of my rights, without prejudice, to (NOT NON
COMPOS MENTIS) state my superior and priority interests, interests and
priority claims in these matters, to continue to conclude and exhaust my
exclusive, private administrative remedy,  and also to set the sworn
affidavits, depositions and declarations ( as also by these statements)
as now again recorded as true, correct, certain and not meant to
mislead... "Truth and Justice are hidden and must be uncovered" Affiant
further Sayeth Not  sworn / signed  (Melvin-C :Lewis) as the Secured
Party, Tort Lien Claimant, Sovereign American In Itenere on Sovereign
American Soil of the constitutional Republic of the unincorporated United
States of America~  planetary2@juno.com

On Thu, 15 Sep 2011 08:48:33 -0400 "Woodliff, Steven C. (TAX)"
<Steven.C.Woodliff@usdoj.gov> writes:
> Mr. Lewis:
>
> The subject matter of the phone conference would be the matters
> listed in the case management report, such as the timeframe in which
> the parties will conduct discovery as well as when to hold a
> pretrial conference.
>
> I will request that the Court relieve the parties of the requirement
> to hold this conference as well as beginning discovery until after
> the Court has ruled on the pending motions to dismiss.
>
> Do you oppose a motion to stay the requirement to hold this
> conference and commence discovery until after the Court has ruled on
> the pending motions to dismiss?
>
> Regards,
>
>
> Steven C. Woodliff
> Trial Attorney, Tax Division
> U.S. Department of Justice
> 555 4th Street, NW Suite 6230
> Washington, DC 20001
> Telephone: (202) 514-5915
> Facsimile: (202) 514-9868   **VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214 'C'**

> >
> >
> >
> >
> >
> -----Original Message-----
> From: planetary2@juno.com [mailto:planetary2@juno.com]
> Sent: Wednesday, September 14, 2011 8:26 PM
> To: Woodliff, Steven C. (TAX)
> Cc: planetary2@juno.com
> Subject: Re: ph call request RE: 5:11-cv-324 USDC MDFL...
> >
> Mr Woodliff, Thank You for your non response, I simply asked you
> what
> would be the subject matter of the conference; yet you have not yet
> answered the question. I Conditionally Accepted For Value
> participating
> if you answered this question, you have not yet responded directly
> to my
> request for that information; similar to the U.S., the I.R.S., the
> D. O.
> J. failing to repeatedly respond to all my years of depositions,
> declarations and sworn affidavits requesting discovery and evidence
> of
> your proof of claims, you have refused to respond to the tort
> claims; you
> all have refused to state a superior or priority claim; and thus
> agreed
> to be barred from trying to submit a defense thereafter as
> stipulated and
> agreed upon. Void of any delegation of authority, a valid signed
> contract
> obtained via knowledgeable full and fair disclosure, the actual
> implementation regulation authorizing the defendant to do business
> on
> American Soil; then the commercial lien (UCC 1 v. U.S.A. )via
> stipulated
> and admitted tort claim damages are real, just and appropriate and
> applicable and due me. There are no controversies nor issues of
> triable
> fact; these matters are Res Judicata; yet I respectfully ask again;
> what
> will be the subject matter of this conference? I await your response
> as I
> continue to set the record and defend and protect my property and
> property rights and will continue to reserve all of my rights
> without
> prejudice In Propria Personam Sojourn; and as the Secured Party
> Creditor......
> >
> "Truth" and "Justice" are hidden and must be uncovered.
> planetary2@juno.com
> >
> >


"Truth" and "Justice" are hidden and must be uncovered.
planetary2@juno.com


**VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214 'C'**

**VIA USPO CERTIFIED RRR MAIL TRACKING No. 70110470000153439214**

# CERTIFICATION OF MAILING

On this 22nd day of September, 2011 A.D., for the purpose of verification, I, (Melvin-C :Lewis©), the undersigned, do certify that the following verified documents listed below were placed in an envelope and sealed by me. They were sent by United States Post Office CERTIFIED RRR MAIL TRACKING No. 70110470000153439214 to: THE UNITED STATES OF AMERICA, THE US DISTRICT COURT  at 207 NW 2ND ST OCALA, FL 34475

| | Number   of pages |
|---|---|
| 1. Certification of Mailing | 1 |
| 2. Affidavit Petition for Summary Ruling. ~ 5:11-CV-324 | 19 |
| 3. Wrong Counter Plaintiff "A" | 2 |
| 4. True & Correct copy of Lien Claimant's UCC 1 "B" | 2 |
| 5. EMAILS beTween Plentiff & Cdefendrnt "C" | 3 |

_Melvin-C : Lewis_
(Melvin-C :Lewis©), Lien Claimant, Secured Party

September 22nd , 2011 A.D.
Date

**1. Certificate of Mailing**